| | |
|---|---|
| 1 | KENNETH J. DYER (SBN 191192) |
| 2 | kdyer@wnlaw.com |
|   | WORKMAN NYDEGGER |
| 3 | 60 East South Temple, Suite 1000 |
|   | Salt Lake City, UT  84111 |
| 4 | Telephone: (801) 533-9800 |
|   | Facsimile: (801) 328-1707 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | Diversified Product Solutions, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEW AGE PERFORMANCE, INC., a Canadian corporation | ) | **Civil Action No.: 4:24-cv-00710-HSG** |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME (as modified)** |
| v. | ) | |
| DIVERSIFIED PRODUCT SOLUTIONS, LLC dba Berkland Goods, a California LLC | ) | |
| Defendant. | ) | |

Date Action Filed:      February 6, 2024
Trial Date:             Not Yet Set
Arbitration Deadline:   Not Yet Set

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Defendant Diversified Product Solutions, LLC shall have until April 15, 2024 to file a Response to the Complaint and that the case schedule is modified as follows:

ORDER RE STIPULATED REQUEST FOR ORDER
CHANGING TIME                    1

| Date | Event | Governing Rule |
|---|---|---|
| 2/6/2024 | Complaint Filed | |
| 4/15/2024 | Response to Complaint due | |
| 5/16/2024 | *Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | F.R. Civ.P. 26(f) & ADR L.R. 3-5 |
| | • File ADR Certification signed by Parties and Counsel (available at www.cand.uscourts.gov) | Civil. L.R. 16-8(b) & ADR L.R. 3-5(b) |
| 5/30/2024 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at www.cand.uscourts.gov) | FRCivP 26(a)(1)<br>Civ. L.R. 16-9 |
| 6/4/2024 | TELEPHONIC INITIAL CASE MANAGEMENT CONFERENCE (CMC) AT 2:00 PM: All counsel shall use the following dial-in information to access the call:<br><br>Dial-In: 888-808-6929/ Passcode: 6064255 | Civil L.R. 16-10 |

*If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

**If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.

ORDER RE STIPULATED REQUEST FOR ORDER CHANGING TIME             2

1
2      DATED this 21st day of March, 2024.
3
4
5                                                          _____
                                                                  Hon. Haywood S. Gilliam, Jr.
6
7
8
...
28

ORDER RE STIPULATED REQUEST FOR ORDER
CHANGING TIME                                  3